467 A.2d 64

Commonwealth v. Johnson, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted July 26, 1983.   Steven J. Zwicky, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.